LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email
July 18, 2024

**MEMO ENDORSED**

**BY ECF AND E-MAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re:  *United States v. Jose Cesari*, **24 Cr. 154-1 (ER)**

Dear Judge Ramos:

  I represent Mr. Cesari in the above referenced matter. Mr. Cesari is released on a $100,000 bond secured by the signature of four suretors, with GPS monitoring/home detention, and with travel limited to the Southern District of New York. Mr. Cesari has an outstanding case in New Jersey and also one in Connecticut. Both cases require him to attend court appearances and to meet with his counsel representing him on those two separate matters. I seek an amendment to Mr. Cesari's bond to permit him to travel to New Jersey and to Connecticut for the purpose of attending court appearances and to meet with his counsel on those cases, upon his notice to his pretrial service officer. His pretrial officer consents to this request and the Government does not object.

Respectfully submitted,
/s/
Donna R. Newman
CC: Pretrial Services Officer
  AUSA Joseph Rosenberg
  AUSA Adam Margulies

Cesari's bond is amended to permit travel to New Jersey and Connecticut for the purposes of attending court appearances and meeting with his counsel on those cases.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/18/2024
New York, New York