# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

By ECF

September 6, 2024

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Cesari et al.*, No. 24 Cr. 154 (ER)

Dear Judge Ramos:

With the consent of the government, I write on behalf of all defendants to respectfully request an adjournment of the September 12, 2024, pretrial conference scheduled in this case. Counsel are still reviewing voluminous discovery and exploring pretrial resolutions. We understand that the afternoon of October 23, 2024, is a date convenient to the Court. AUSA Joseph Rosenberg informs us that the government has no objection.

Should the defendants' request be granted, the parties request that the time between September 11, 2024, and the next conference date be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendants in a speedy trial, as the proposed exclusion will allow the defendants time to review discovery and the parties an opportunity to further discuss the possibility of pretrial resolutions in this case.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF

---

The pretrial conference is adjourned to October 23, 2024, at 3:30 p.m. Speedy trial time is excluded from September 12, 2024, to October 23, 2024, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 9/9/2024
New York, New York