```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   Docket #1:24-cr-154-ER-1
     -against-                        :   ORDER
                                      :
Jose Cesari                           :
                                      :
         Defendant                    :
                                      :
-------------------------------------X
```

Edgardo Ramos, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation and treatment as directed by Pretrial Services.

Dated: New York, New York
       December  12 , 2024

SO ORDERED:

_____
Edgardo Ramos
United States District Judge