# MEMO ENDORSED

**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via ECF & Email

May 7, 2025

**BY ECF AND E-MAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __5/8/2025__
> New York, New York

Re:     *United States v. Jose Cesari*, 24 Cr. 154-1 (ER)

Dear Judge Ramos:

I write to seeking permission to file interim vouchers in the instant case. I was appointed to represent Mr. Cesari in the above reference matter pursuant to the Criminal Justice Act on June 13, 2024. I have continued to represent him and have spent in excess of 100 hours in my representation of Mr. Cesari. The matter is not resolved and while we are in plea negotiations, those negotiations have proved to be protracted. The Government has recently produced two more voluminous Fed. R. Crim Pro 16 discovery. I am a sole practitioner and it is a financial burden for me to wait until the completion of the case to be paid. Accordingly, I respectfully request that the Court authorize me to submit interim vouchers in this case.

Respectfully submitted,
/s/
Donna R. Newman