**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

June 27, 2025

**BY ECF AND E-MAIL**                                    **MEMO ENDORSED**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:      *United States v. Jose Cesari*, 24 Cr. 154-1 (ER)

Dear Judge Ramos:

      I write to seek permission to for my paralegal, Jorge Cedeno to file interim vouchers in the instant case. Mr. Cedeno is appointed as the paralegal on this case. He has expended an extensive amount of time reviewing the discovery in this case, summarizing it for me, which has provide in valuable. His work has saved me an enormous amount of time attempting to extract the discovery only applicable to Mr. Cesari. The Government has recently produced two more voluminous Fed. R. Crim Pro 16 discovery. Accordingly, I respectfully request that the Court authorize Mr. Cedeno to submit interim vouchers in this case.

Respectfully submitted,
/s/
Donna R. Newman
Cc: Jose Cedeno

The application is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: _6/30/2025_
New York, New York