UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     :

UNITED STATES OF AMERICA

     :   ~~PROPOSED~~ ORDER OF

     - v. -     RESTITUTION

     :

JOSE CESARI,

     a/k/a "Cry,"     :

     24 Cr. 154-1 (ER)

     Defendant.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

On December 18, 2025, at the sentencing hearing of the Defendant in this matter, the Court heard oral argument on the issue of restitution. After consideration of the parties' positions presented orally and in their written submissions; the Defendant's convictions on Counts One, Two, Three, and Four of the above-referenced Indictment; the other proceedings in this case, and for good cause shown;

It is hereby ORDERED on this __10th__ day of _____March_____ 2026 as follows:

### 1. Amount of Restitution

JOSE CESARI, a/k/a "Cry," the Defendant, shall pay restitution in the total amount of $518,710.52, pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664, to the victims of the offenses charged in Counts One, Two, Three, and Four of the Indictment. The name, address, and specific amount owed to each victim is set forth in the sealed Schedule of Victims attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

### A. Joint and Several Liability

Restitution is joint and several, in whole or in part, with co-defendants Miguel Cintron, Luis Izquierdo, a/k/a "Luis Zapata," Wakiem Johnson, a/k/a "Waka," Kemar Bonitto, Deylin

1

Martinez-Guerrero, Antonio Gonzalez, Justin Bruno, and Josue Gonzalez, indicted under *United States v. Cesari, et al.*, 24 Cr. 154 (ER) (the "Co-defendants"), to the extent restitution is entered against the Co-defendants in this case. The Defendant's liability to pay restitution shall continue unabated until every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the Defendant and all Co-defendants ordered to pay the same victims.

### B.    Apportionment Among Victims

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid. Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.  Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the Defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the Defendant; and any financial obligations of the Defendant; including obligations to dependents, the Defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant will commence monthly installment payments of 10% of the defendant's gross income, payable on the 1st of each month, except that the required installment payments will commence 60 days after the defendant's release from the carceral portion of his sentence in this case, *i.e.*, 24 Cr. 154 (ER). (*See* Judgment, Dkt. 263 at 8). This schedule is without prejudice to the Government

taking enforcement actions, pursuant to 18 U.S.C. § 3613 and 3664(m)(1)(A), to the extent warranted.

### 3. Payment Instructions

The Defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.    Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The Defendant shall write his name and the docket number of this case on each check or money order.

### 4. Change in Circumstances

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5. Term of Liability

The Defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the Defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the Defendant, the Defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

**6. <u>Sealing</u>**

Consistent with 18 U.S.C. §§ 3771(a)(8) and 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victims, the Schedule of Victims attached hereto as Schedule A shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as need be to effect and enforce this Order, without further order of this Court.

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

3/10/2026
DATE

4